IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN DIANE HULTS,

> Plaintiff,

> v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

> Defendant.

Civ. No. 3:14-cv-01234-TC

OPINION AND ORDER

---

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin issued a Findings and Recommendation (F & R) on December 8, 2014, in which he recommended that this Court dismiss plaintiff's complaint for failure to comply with a court order and failure to prosecute. The matter is now before this Court. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Because no objections to the F & R were timely filed, this Court reviews only the legal principles *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444–45 (9th Cir. 1988) (citations omitted). Upon review, this Court finds no error in Judge Coffin's F & R, ECF No. 9. As indicated by Judge Coffin, plaintiff failed to provide original summons to the Clerk of Court, or in the alternative, provide proof of service upon defendant.

## CONCLUSION

This Court ADOPTS Judge Coffin's F & R, ECF No. 9, in full. Accordingly, this matter is dismissed for failure to comply with a court order and failure to prosecute.

1 – OPINION AND ORDER

IT IS SO ORDERED.


DATED this 20th day of February, 2015.


_____
**Michael J. McShane**
**United States District Judge**